UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE WRAY,

                Plaintiff,

-against-

WESTCHESTER MEDICAL CENTER
ADVANCED PHYSICIAN SERVICES, P.C.,
as well as CRYSTAL AMENDOLA,
*individually*,

                Defendants.

**ORDER**

21-CV-00394 (PMH)

PHILIP M. HALPERN, United States District Judge:

At the pre-motion conference held on July 14, 2021, the Court set a briefing schedule for Defendants' anticipated motion to dismiss which directed in pertinent part:

> Defendants are granted leave to file their contemplated motion to dismiss in accordance with the following schedule: (1) the moving papers shall be served, not filed, on August 13, 2021; (2) the opposition papers shall be served, not filed, on September 13, 2021; and (3) the reply papers, if any, shall be served on September 27, 2021. The parties shall file all motion documents on the reply date, September 27, 2021.

(July 14, 2021 Entry).

Notwithstanding the above, Defendants filed their motion papers on August 13, 2021. (Doc. 30; Doc. 31). The pending motion is denied without prejudice to refiling on September 27, 2021. The Clerk of the Court directed to terminate the motion sequence pending at Doc. 30.

                              **SO ORDERED:**

Dated:  White Plains, New York
           August 16, 2021

                                              _____
                                              PHILIP M. HALPERN
                                              United States District Judge